LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0201 OWW |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RAFAEL CASTRO RIVERA, et al., | ) | |
| Defendants. | ) | |

Having read and considered the parties' stipulation to suspend the current motions schedule, vacate the motions hearing of April 6, 2009, and reset the matter for May 18, 2009, at 9:00 a.m.,

IT IS THE ORDER of the Court that the motions schedule shall be suspended, the motions hearing currently set for April 6, 2009, is hereby vacated and the matter is reset for a further status conference on May 18, 2009, at 9:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial, in that the

1

failure to grant the continuance would deny the parties an opportunity to potentially obtain a resolution of this matter and would deny the defendants an opportunity to properly investigate.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   March 23, 2009**           /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE