1  **STEVE EMERY TEICH**
   Cal. State Bar No. **78397**
2  1390 Market Street
   Fox Plaza, Suite 310
3  San Francisco, CA 94102
   Telephone: (415) 864-5494
4
   Attorney for Defendant
5  **MARIO CHAVEZ CABRERA**

6

7

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13

14

15

16  **UNITED STATES OF AMERICA,**        )   CASE NO. **1:08 cr-0201 OWW**
                                          )
17          Plaintiff,                    )   **STIPULATION AND**
                                          )   **ORDER TO VACATE AND RESET**
18      vs.                               )   **STATUS CONFERENCE FOR A CHANGE**
                                          )   **OF PLEA**
19  **RAFAEL RIVERA,**                    )
    **MARIO CHAVEZ CABRERA** ,            )
20  **PETER HALAMANDARIS.**               )   (Note hearing date change to 7/27/09)
                                          )
21          Defendant.                    )
                                          )

22

23      IT IS HEREBY STIPULATED  by and between McGregor W. Scott, United States

24  Attorney by and through assistant United States Attorney, Kimberly Sanchez and Steve Emery

25  Teich, attorney for Mario Cabrera Chavez, J.M. Irigoyen, attorney for Peter Halamandaris, and

26  Precilliano Martinez, attorney for Rafael Rivera,  that the status conference currently set for June

27  29, 2009, be vacated and that a status conference be set for on July 27, 2009 at 1:30 pm. for a

28  change of plea.

STIPULATION AND [PROPOSE] ORDER] TO VACATE AND RESET STATUS CONFERENCE FOR A CHANGE OF PLEA

1  Defense counsel Irigoyen is currently in trial.  All parties need additional time to gain
2  agreement as a to a plea for all parties.
3  The parties further agree that time will be excluded from the speedy trial calculation for
4  further defense preparation.

6  Date: ___June 24, 2009_____          _____\S_____
                                             **KIMBERLY SANCHEZ**
7                                            Assistant U.S. Attorney

9
10 Date: ___June 24, 2009_____          _____\S_____
                                             **STEVE EMERY TEICH**
                                             Attorney for Defendant
11                                           **MARIO CABRERA SANCHEZ**

13
14 Date: ____June 24, 2009_____         _____\S_____
                                             **PRECILIANO MARTINEZ**
                                             Attorney for Defendant
15                                           **RAFAEL RIVERA**

17
18 Date: ____June 24, 2009_____        _____\S_____
                                             **J.M. IRIGOYEN**
                                             Attorney for Defendant
19                                           **PETER HALAMANDARIS**

21 IT IS SO ORDERED.
22 **Dated:  June 26, 2009**                 _____/s/ Oliver W. Wanger_____
                                             UNITED STATES DISTRICT JUDGE

2